# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 19, 2022

### NO. 03-22-00006-CV

**Margarito Juarez, Appellant**

**v.**

**Maria Rivas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
DISMISSED FOR WANT OF PROSECUTION
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on December 8, 2021. Having reviewed the record, the Court holds that Margarito Juarez has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Juarez shall pay all costs relating to this appeal, both in this Court and in the court below.